Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ANDREW V. KOCHERA, JR.,   )
                          )
       Plaintiff,         )
                          )
       vs.                ) Case No. 3:14-cv-00029-
                          )            SCW-DGW
ATLAS COPCO COMPRESSORS,  )
LLC, et al.,              )
                          )
       Defendants.        )

DEPOSITION OF GERALDINE A. RYAN, M.D.
TAKEN ON BEHALF OF THE DEFENDANTS
DECEMBER 12TH, 2014

Dianna C. Hark, RPR, IL-CSR, MO-CCR
CSR No. 084.004728
CCR No. 1079

Page 2

                INDEX OF EXAMINATION
QUESTIONS BY MR. FERGUS ..........................6
QUESTIONS BY MR. VINSON .........................56
QUESTIONS BY MR. FERGUS .........................62

                 INDEX OF EXHIBITS
Exhibit 1   Amended Notice of Deposition ..........6
Exhibit 2   Dr. Ryan's Curriculum Vitae ...........6
Exhibit 3   Medical Records .......................9

              (Exhibits are attached to transcript.)

Page 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ANDREW V. KOCHERA, JR.,   )
                          )
       Plaintiff,         )
                          )
       vs.                ) Case No. 3:14-cv-00029-
                          )            SCW-DGW
ATLAS COPCO COMPRESSORS,  )
LLC, et al.,              )
                          )
       Defendants.        )

DEPOSITION OF GERALDINE A. RYAN, M.D., produced, sworn, and examined on behalf of the Defendants, on December 12th, 2014, between the hours of 10:00 in the forenoon and 12:00 in the afternoon of that day, at Mercy Clinic Family Medicine - Winghaven, 9426 Phoenix Village Parkway, O'Fallon, MO 63368, before Dianna C. Hark, RPR, MO-CCR, IL-CSR.

          A P P E A R A N C E S

Mr. Andrew G. Mundwiller of The Cagle Law Firm, 500 North Broadway, Suite 1605, St. Louis, MO 63102 represented the Plaintiff.

Attended Telephonically: Mr. Ben A. Vinson, Jr. of Vinson Law Office, 4230 S. MacDill Ave., Suite 203, Tampa, FL 33611 represented the Plaintiff.

Mr. Curtis Wilson of Armstrong Teasdale, LLP, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105 represented General Electric Company.

Mr. Eric P. Hall of HeplerBroom, LLC, 130 North Main Street, PO Box 510, Edwardsville, IL 62025 represented Ingersoll-Rand Company and Crane Co.

Mr. Patrick D. Cloud of Heyl, Royster, Voelker & Allen, 105 West Vandalia, Suite 100, Edwardsville, IL 62025 represented Air & Liquid Systems Corporation; Warren Pumps, LLC and IMO Industries, Inc.

Page 4

Attended Telephonically: Ms. Nicole E. Rice of Hinshaw & Culbertson, LLP, 521 West Main Street, Suite 300, Belleville, IL 62222 represented Electrolux Home Products Inc.

Mr. Sean Fergus of O'Connell, Tivin, Miller & Burns, LLC, 135 South LaSalle Street, Suite 2300, Chicago, IL 60603 represented John Crane, Inc.

Page 5

1  IT IS HEREBY STIPULATED AND AGREED by and
2  between counsel for the Plaintiff and counsel for the
3  Defendants, that this deposition may be taken in
4  shorthand by Dianna C. Hark, a Registered Professional
5  Reporter, Certified Shorthand Reporter and Certified
6  Court Reporter, and afterwards transcribed into
7  typewriting, and the signature of the witness is
8  waived by agreement of counsel and the witness.
9
10         0-0-0
11      GERALDINE A. RYAN, M.D.,
12  of lawful age, being produced, sworn and examined on
13  the part of the Defendants, and after responding " I
14  do" to the oath administered by the court reporter,
15  deposes and says:
16
17         * * * * * * * * * * * *
18      MR. FERGUS: This is Sean Ferguson on behalf
19  of John Crane. This deposition is being taken
20  pursuant to the federal rules of civil procedure.
21      Can we stipulate that an objection by one
22  will be an objection by all, and that all objections,
23  except as to form and responsiveness, are reserved at
24  the time of trial? Ben?

Page 6

1      MR. VINSON: Yes. John, is the other
2  plaintiff's counsel there?
3      MR. MUNDWILLER: I'm here, Ben.
4      MR. VINSON: All right. Go ahead.
5
6         EXAMINATION
7  QUESTIONS BY MR. FERGUS:
8  Q  Good morning, Doctor.
9  A  Good morning.
10 Q  Can you please state your name?
11 A  Geraldine Ryan.
12 Q  Okay. And, Dr. Ryan, if at any time you
13 need to take a break or if you don't understand a
14 question, please stop me. We can take a break. This
15 isn't a marathon, so we'll do whatever we can to
16 accommodate you, okay?
17 A  Okay.
18 Q  All right. Mark as Exhibit 1 copy of the
19 Amended Notice of Deposition with Rider for Dr. Ryan.
20    (Exhibit No. 1 was introduced.)
21 Q  (By Mr. Fergus) And then the other thing,
22 Exhibit 2, which is Dr. Ryan's curriculum vitae.
23    (Exhibit No. 2 was introduced.)
24 Q  (By Mr. Fergus) Dr. Ryan, what's your full

Page 7

1  name?
2  A  Geraldine Ryan.
3  Q  Okay. And have you ever gone by any other
4  names?
5  A  My married name is Maas.
6  Q  You attended undergrad at the University of
7  San Francisco, correct?
8  A  Yes.
9  Q  And you earned a bachelor's degree of
10 science, correct?
11 A  Yes.
12 Q  And then you attended medical school at
13 St. Louis University, correct?
14 A  Yes.
15 Q  Did your residency at St. Louis University
16 Hospital?
17 A  Yes.
18 Q  And you were -- Cardinal Glennon Hospital,
19 is that a particular hospital within St. Louis
20 University Hospital?
21 A  It's -- yeah. It's the children's hospital.
22 Q  Okay. And after you did your residency,
23 where did you go -- what was your first job?
24 A  Family Care Center.

Page 8

1  Q  Where is that located?
2  A  South St. Louis.
3  Q  Okay. And you were there from 1992 to 1996?
4  A  Yes.
5  Q  And in 1996, you started working for Unity
6  Medical Group?
7  A  Yes.
8  Q  And that's where we are today?
9  A  Yes.
10 Q  Okay. And you're certified in internal
11 medicine?
12 A  Yes.
13 Q  And you, you received your certification in
14 1993?
15 A  Yes.
16 Q  And again, you were recertified in 2003?
17 A  Yes. If that's what it says, yeah.
18 Q  Okay. Are you currently board certified?
19 A  Yes.
20 Q  And what are you currently board certified
21 in?
22 A  Internal medicine and pediatrics.
23 Q  Have you ever done any publications?
24 A  No.

EXAMINATION BY MR. FERGUS

Page 13

1   Q   And following his administration of the
2   antibiotics, did you also send him for a chest x-ray?
3       Actually, I'm getting ahead of myself,
4   Doctor, I apologize. Did you refer -- and I
5   apologize.
6   A   Yeah, okay.
7   Q   So strike that last question.
8       Did you refer Mr. Kochera to see a
9   pulmonologist?
10  A   Not that I recall.
11  Q   Okay. Now I want to go forward in time to
12  2002. And in February of 2002, you had another
13  contact -- let me ask you this. Did the, did the
14  respiratory problems clear up with the antibiotics?
15  A   You know, he didn't call back and he didn't
16  return. So I assumed they did.
17  Q   Okay. Now two years later in February of
18  2002, Mr. Kochera came to you for an abnormal x-ray.
19  A   Okay.
20  Q   And I'm specifically looking at the notes
21  from 2/15/02.
22  A   Yes.
23  Q   And at that time, there was a uncertain
24  pleural thickening on his, his pleural lining of his

Page 14

1   lung, correct?
2   A   Correct.
3   Q   Okay. And at that time, did you inquire of
4   him about any exposure to asbestos?
5   A   I did.
6   Q   Okay. And what, if anything, did
7   Mr. Kochera reply to you about his work with asbestos?
8   A   He wasn't aware of any history of exposure.
9   Q   Okay. And at that time, you gave him a --
10  prescribed Amoxicillin for a nasal problem that he was
11  having at that time, correct?
12  A   Yes.
13  Q   And you also referred him to a doctor's --
14  to St. John's Mercy for a chest x-ray, correct?
15  A   Yes.
16  Q   And at that time, a chest x-ray was
17  administered. You have doctor -- I'm looking at the
18  x-ray -- or date of completion, 2/15/02.
19  A   Yes.
20  Q   Louis Crepps?
21  A   Yes.
22  Q   Do you know doctor -- how do you pronounce
23  the last name?
24  A   Crepps.

Page 15

1   Q   Do you know Dr. Crepps?
2   A   Not personally.
3   Q   Okay. Have you referred people to him for
4   radiology in the past?
5   A   He has read several radiologies, yes.
6   Q   Do you trust --
7   A   Yes.
8   Q   Do you dispute any of the findings that he's
9   made?
10  A   No.
11  Q   Okay. And at that time, he indicated to you
12  that there was, what appeared to be, either some
13  pleural thickening on x-ray, and a follow-up x-ray was
14  then done, correct?
15  A   2002, did I get a CAT scan? He had a CAT
16  scan.
17  Q   And at that time, they did identify some
18  pleural thickening on the x-ray, but follow-up
19  x-ray -- and I'm looking at February 27th of 2002.
20  A   The CAT scan?
21  Q   The CAT scan, yes. I apologize. The
22  pleural thickening actually turned out to be pleural
23  effusion, correct?
24      MR. MUNDWILLER: Objection, leading.

Page 16

1   There's been numerous leading questions. So I'm going
2   to object to the leading.
3   A   It's read as, in the differential, as
4   pleural effusion versus thickening.
5   Q   (By Mr. Fergus) And then on March 7th, they
6   did a -- the interpretation. A debutcis(phonetic)?
7   A   Decubitus.
8   Q   Decubitus chest x-ray. And, Doctor, explain
9   to us what that is.
10  A   It's an x-ray when you're lying on your
11  side.
12  Q   And the purpose of that is what?
13  A   To see if there is fluid that moves with
14  position changes.
15  Q   Okay. And following this x-ray, Dr. Jeffrey
16  Thomasson --
17  A   Uh-huh.
18  Q   -- reported back to you that there was no --
19  there was a small amount of pleural effusion, correct?
20  A   Correct.
21  Q   Also noted through the medical records is
22  mild cardio --
23  A   -- megaly.
24  Q   -- megaly. And can you explain to us what

EXAMINATION BY MR. FERGUS

Page 17

1  that is?
2      A    Heart enlargement.
3      Q    Okay. And what are the causes for heart
4  enlargement?
5      A    Hypertension, heart failure, previous MI.
6  Infiltrative cardiac processes.
7      Q    And Mr. Kochera had hypertension?
8      A    I know he has coronary artery disease,
9  previous MI. I don't know if he has -- I don't recall
10 if he has hypertension.
11     Q    The MI, that's a myocardial --
12     A    -- infarction.
13     Q    Right. In layman's terms, that's what,
14 Doctor?
15     A    A heart attack.
16     Q    Okay. And he'd actually had two heart
17 attacks?
18     A    I know he's -- I think he's had two stents.
19 I don't --
20     Q    And we'll come back to that.
21     A    Uh-huh.
22     Q    You had, then had a follow-up chest x-ray
23 done in November of 2002.
24     A    Okay.

Page 18

1      Q    And that was by Kevin Lampert? Dr. Lampret?
2      A    Okay.
3      Q    Do you know Dr. Lampert?
4      A    I do not know him, but I have seen the name
5  on radiology reports.
6      Q    Okay. Do you dispute any of Dr. Lampert's
7  findings?
8      A    No.
9          MR. MUNDWILLER: Object to the form.
10     Q    (By Mr. Fergus) Again, the lateral, the
11 lateral chest x-ray was taken. And, Doctor, what was
12 Dr. Lampert's findings with regard to Mr. Kochera's
13 lungs at that time?
14     A    He is saying the lungs are clear.
15     Q    Okay. Did he find any evidence of pleural
16 effusion?
17     A    No.
18     Q    Did he find any evidence of pneumoconiosis?
19     A    No.
20         MR. MUNDWILLER: Let me make an objection as
21 to speculation. If you're asking her about the
22 report, that's one thing. But if you're asking about
23 what the doctor saw, she doesn't know what the doctor
24 saw. If you're asking about the report, that's one

Page 19

1  thing.
2          MR. FERGUS: Clearly -- object to the
3  objection. Clearly the objection was designed to
4  coach the witness and is a violation of Rule 30 of the
5  federal rules of civil procedure.
6      Q    (By Mr. Fergus) Doctor, is there any
7  indication on here that there's any type of
8  interstitial fibrosis on this x-ray? On the report?
9      A    No.
10     Q    Okay. You then saw Mr. Kochera on
11 November 14th of 2002, correct?
12     A    Yes.
13     Q    And at that time, his lungs were clear,
14 correct?
15     A    Yes.
16     Q    Did you hear any signs of wheezing?
17     A    No.
18     Q    Okay. During the time that you were
19 treating Mr. Kochera, how would you characterize his,
20 his weight in relation to his height?
21         MR. VINSON: Objection. Are you asking
22 about in 2002? Are you asking about for the ten years
23 she saw him? Objection as to scope.
24     Q    (By Mr. Fergus) Ma'am, do you understand the

Page 20

1  question that I've asked?
2      A    Yes. He's been a little on the heavy side.
3      Q    Okay. And also, did you ever refer
4  Mr. Kochera or advise Mr. Kochera to go see a
5  pulmonologist?
6      A    I -- yes.
7      Q    Okay. What pulmonologist did you refer
8  Mr. Kochera to see?
9      A    I think initially I referred him to
10 Dr. Brischetto at Mercy, and --
11     Q    Did Mr. Kochera ever follow up with
12 Dr. Brischetto to your knowledge?
13     A    Not to my knowledge, no.
14     Q    Okay. And did you also have a chance to
15 review Mr. Kochera's x-rays?
16     A    I can pull up the ones that are on the
17 electronic system, but the paper charts, I don't
18 believe.
19     Q    Okay. Also in -- moving forward now into
20 2003, did you have a chance to meet with Mr. Kochera
21 on February 3rd, 2003?
22     A    Yes.
23     Q    And during the course of -- between 2000 and
24 2002, did Mr. Kochera resume smoking?

EXAMINATION BY MR. FERGUS

Page 21

1  A  I wouldn't be able to recall that.
2  Q  Okay. And I call your attention to your
3  notes from February 3rd, 2003.
4  A  Yes.
5  Q  Was he prescribed a medication to stop
6  smoking --
7  A  Yeah, he took Wellbutrin. Yes, you're
8  right.
9  Q  Okay. And you also referred him to see
10 Dr. Lewen?
11 A  That's his cardiologist.
12 Q  Correct.
13 A  Okay.
14 Q  And Dr. Lewen sent you his report regarding
15 his contact with Mr. Kochera, correct?
16 A  Correct.
17 Q  Okay. Now, I don't see any medical records
18 between 2002, 2003, and then it jumps forward to 2006.
19 Do you have any visits with Mr. Kochera between 2003
20 and 2006?
21 A  No.
22 Q  Okay. So moving forward to 2006,
23 Mr. Kochera, on January 24th, 2006, visited with
24 Dr. Lewen, correct?

Page 22

1  A  Yes.
2  Q  Okay. And at that time, Dr. Lewen reported
3  to you that Mr. Kochera's chest sounds were clear,
4  correct?
5  A  Yes.
6  Q  And that he was in no acute distress,
7  correct?
8  A  Correct.
9  Q  Also reported that there was no clubbing or
10 edema present on his inspection or examination of
11 Mr. Kochera, correct?
12 A  Yes.
13 Q  Okay. Additionally, at this time, are there
14 indications that Mr. Kochera has again started
15 smoking?
16 A  Yes.
17 Q  And what does it indicate as far as his
18 smoking?
19 A  He told me in February that he has started
20 smoking again.
21 Q  Okay. And in 2006, what date -- what's the
22 next visit that you have with Mr. Kochera?
23 A  November of 2007.
24 Q  And actually, let's back up here. We talked

Page 23

1  about the January 24th, 2006 visit with Dr. Lewen. He
2  also went to see Dr. Lewen in August of 2006, correct?
3  A  Yes.
4  Q  Okay. And at that time, Dr. Lewen noticed
5  expiratory wheezing. Can you, can you explain what
6  expiatory wheezing is?
7  A  It's a noise that is made in the lungs
8  during exhalation. It's a sign of airway obstruction.
9  Q  What does COPD stand for?
10 A  It stands for chronic obstructive pulmonary
11 disease.
12 Q  Can you explain to us what COPD is?
13    MR. VINSON: Objection, asked and answered.
14 Q  (By Mr. Fergus) Doctor, you've explained to
15 us what the initials COPD indicate. Can you explain
16 to us what chronic obstructive pulmonary disease is?
17 A  Just chronic obstruction in the airways of
18 the lungs that makes people cough, makes them short of
19 breath.
20 Q  And is that attributed to smoking?
21 A  Usually.
22 Q  Okay. Additionally at that visit, Dr. Lewen
23 reports that Mr. Kochera is still smoking, and he also
24 indicates that Mr. Kochera has reported some degree of

Page 24

1  chronic bronchitis; is that correct?
2     MR. MUNDWILLER: Objection, compound and
3  leading.
4  Q  (By Mr. Fergus) I'll reform the question.
5     At his visit with Dr. Lewen, does Dr. Lewen
6  report that Mr. Kochera is, is or is not smoking?
7     MR. MUNDWILLER: Objection, leading.
8  A  He says he has ongoing tobacco use.
9  Q  (By Mr. Fergus) Does Mr. Kochera report to
10 Dr. Lewen any other respiratory problems?
11 A  He reports exertional shortness of breath.
12 Q  Is there any indications of bronchitis in
13 the medical record?
14 A  Dr. Lewen makes that diagnosis.
15 Q  Okay. And at that time, Dr. Lewen also
16 indicates that he counseled Mr. Kochera to stop
17 smoking?
18 A  Yes.
19 Q  And then the next visit that you have with
20 Mr. Kochera, again, is in 2007?
21 A  Yes.
22 Q  And at that time, in 2007, is Mr. Kochera
23 still smoking?
24 A  Yes.

EXAMINATION BY MR. FERGUS

Page 25

1  Q  And had you advised Mr. Kochera to stop
2  smoking?
3  A  Yes.
4  Q  Also during that time, specifically by
5  February 6th, 2007, he also followed up with Dr. Lewen
6  again, correct?
7  A  Yes.
8  Q  Doctor, can you tell when Mr. Kochera was
9  first, first prescribed Lopressor?  I might be jumping
10  around.  I apologize.
11  A  He was on it in '06.
12  Q  And that's prior to the onset of the
13  wheezing?
14  A  I believe so.
15  Q  Okay.  What is the next visit that you have
16  with Mr. Kochera?
17  A  I have November of '07.
18  Q  And what -- I don't believe I have the ones
19  from November of '07.  Can I see that real quick?
20      Doctor, on November 9th, 2007, did you have
21  a chance to speak with Mr. Kochera about his smoking
22  history?  Did he provide you with any additional
23  information about his smoking history?
24  A  He says he has been smoking a pack and a

Page 26

1  half a day for five years, but he has smoked off and
2  on since age 13.
3  Q  What is the next visit with Mr. Kochera that
4  you --
5  A  March of '08.
6  Q  And in March of '08, is this when your
7  office switches over to --
8  A  Electronic records, correct.  It was October
9  of that year.
10  Q  Okay.  Can I see the October -- or the March
11  of 2008?  And at that time, you indicate that he had
12  pruritus.  Can you explain to us what pruritus is?
13  A  It's itchy skin.
14  Q  And also at that time, you had a chance to
15  listen to his lungs?
16  A  Yes.
17  Q  And his lungs were clear at that time,
18  correct?
19  A  Yes.
20  Q  And is there any indication as to whether or
21  not Mr. Kochera is still smoking?
22  A  He identified himself as a nonsmoker.
23  Q  Okay.  And he also -- referring to June 3rd
24  of 2008, he had a follow-up visit with Dr. Lewen

Page 27

1  again, correct?
2  A  Yes.
3  Q  And Dr. Lewen noted that he still suffered
4  from obstructive pulmonary disease, correct?
5  A  Yes.
6  Q  Did he indicate the status or how
7  Mr. Kochera's obstructive pulmonary disease was
8  progressing?
9  A  He said his -- it had improved with
10  discontinuation of smoking.
11  Q  What is the next visit you have with
12  Mr. Kochera?
13  A  October of 2010.
14  Q  Okay.  Between October of 2010, Mr. Kochera
15  had a visit with Dr. Lewen again, correct?
16  Specifically in March of 2009?  Or I'm sorry, January.
17  It was January 27th, 2009.
18  A  Yes, January 2009.
19  Q  And did Dr. Lewen note any -- what was
20  Mr. Kochera's current smoking situation?
21  A  He's smoking again.
22  Q  Okay.  And at that time, Dr. Lewen also
23  noted that he had expiratory wheezing, correct?
24  A  Yes.

Page 28

1  Q  Additionally, as far as the extremities,
2  there's no cyanosis, correct?
3  A  Correct.
4  Q  There's no clubbing, correct?
5  A  Correct.
6  Q  And there's no edema, correct?
7  A  Correct.
8  Q  He then followed up again, I'm looking at
9  the June 30th, 2009.
10  A  Are you still in Dr. Lewen's --
11  Q  Yes.
12  A  Okay.
13  Q  And -- are you there?
14  A  Yeah.  This is all in a different part of
15  the chart when it comes to his records, so it takes me
16  a while to find it.  And the dates are different.
17  Q  Do you have a date of visit --
18  A  I have a cardiac cath report in June, I
19  guess --
20  Q  What is a cardiac --
21  A  It gets labeled -- when he had a cardiac
22  cath.  It gets dated when it's scanned which is
23  different than the date of service.  Okay.  I found
24  it.

7 (Pages 25 to 28)

EXAMINATION BY MR. FERGUS

Page 29

1   Q   Okay.
2   A   Okay.
3   Q   Doctor, what is a cath?
4   A   It's an injection of dye into the coronary
5   artery so you can visualize the.
6   Q   Okay. And did Dr. Lewen have a -- examine
7   Mr. Kochera on June 30th, 2009 following that?
8        MR. MUNDWILLER: Objection, lack of
9   foundation and speculation.
10  A   So are you still on the June 30th --
11  Q   (By Mr. Fergus) Yes.
12  A   -- visit? Okay. He has wheezes. He
13  examined -- listened to his lungs and he's wheezing.
14  Q   What about a social history with regard to
15  smoking? What does it indicate?
16  A   He's smoking.
17  Q   And is Mr. Kochera told not -- or told to
18  cease smoking again?
19  A   Yes.
20  Q   Now, 2010. What is the next visit that you
21  have with Mr. Kochera?
22  A   I see a visit from October of 2010. Did you
23  want --
24  Q   Is that October 28th, 2010?

Page 30

1   A   Yes.
2   Q   And what is the -- what reason did
3   Mr. Kochera come to you at that time?
4   A   He was anticipating cataract surgery, and he
5   needed medical clearance.
6   Q   Okay. And as far as a social history, what
7   does it indicate with --
8   A   He's smoking one pack a day.
9   Q   Okay. Any other, any other respiratory
10  concerns that he expressed to you at that time?
11  A   No.
12  Q   Okay. Had he indicated to you that he had
13  been exposed to a parent with pneumonia?
14  A   I don't see that. Do you see it?
15  Q   I'm looking at the Mercy Hospital St. Louis.
16  It might be --
17  A   Maybe I'm in the wrong --
18  Q   Can I see your stack of stuff there?
19  A   Maybe I put them. What day are you at?
20  Q   10/28. I'm looking at the...
21  A   Okay. Because I'm in the wrong visit. I
22  was at the wrong visit.
23  Q   Okay.
24  A   Okay.

Page 31

1   Q   Are you at the --
2   A   I think October 28th, yeah, 2010.
3   Q   -- continued?
4   A   Yeah, cough all night.
5   Q   Okay.
6   A   Yes. And this is where he was exposed to a
7   parent with pneumonia.
8   Q   Okay. And with regard to his cough, did you
9   prescribe anything for his cough?
10  A   I put him on Augmentin and an Advair
11  inhaler.
12  Q   What is Augmentin?
13  A   An antibiotic.
14  Q   Okay. And at that time, you suspected that
15  there was some type of bacterial infection?
16  A   Correct.
17  Q   And I don't know if I asked you this. At
18  that time, what was the status of his social history
19  with regard to smoking?
20  A   One pack a day.
21  Q   What is the next, what is the next visit
22  that you have with Mr. Kochera?
23  A   February of 2011.
24  Q   Okay. And actually, to go back to the 2010

Page 32

1   visit, is he on any type of inhalers? Is he
2   prescribed any type of inhalers?
3   A   I gave him the Advair at that visit.
4   Q   And what is Advair?
5   A   It's an airway opener with a steroid.
6   Q   Okay. And then 2011, is the next visit?
7   A   Yes.
8   Q   And actually, let's back up. In 2010, on
9   the 10/28, did you also have an x-ray taken of
10  Mr. Kochera's chest?
11  A   Yes.
12  Q   Okay. And who, who performed that x-ray?
13  A   Mercy Hospital.
14  Q   Okay. And what were the findings of that
15  x-ray?
16  A   Unremarkable. No change from previous chest
17  x-ray. No infiltrate, pneumothorax or pleural
18  effusion.
19  Q   Then moving along to 2011, what was the
20  reason for your next visit with Mr. Kochera in 2011?
21  A   I have February 3rd, 2011. He was having
22  trouble with his memory.
23  Q   Okay. And when's the next visit?
24  A   June the fourth of 2012.

8 (Pages 29 to 32)

EXAMINATION BY MR. FERGUS

Page 33

1   Q   Okay.  Going back to February of 2011, did
2   he have a chance to visit with Dr. Lewen again?
3   **A   I see a visit, January of 2010, January of**
4   **2012.  I lost where we're at.**
5   Q   February 11th, 2011, Dr. Lewen?
6   **A   February -- yeah, I think this is it.**
7   Q   Okay.  And with regard to Mr. Kochera's
8   smoking social history, did it indicate if -- was he
9   or was he not smoking at that time?
10  **A   I pulled up the wrong visit.  I have a date**
11  **of visit August of 2011.  So am I in the wrong place?**
12  Q   What is, what is the date --
13  **A   August of '11.**
14  Q   8/12/2011?
15  **A   Yeah.**
16  Q   We'll just go to that one then.  At that
17  time, what was Mr. Kochera's status with regard to
18  smoking?
19  **A   He was still smoking.**
20  Q   Okay.  And was he counseled on smoking at
21  that time according to the records?
22  **A   Yes.**
23  Q   Does smoking put you at increased risk for
24  heart disease?

Page 34

1   **A   Yes.**
2   Q   And if you've already had a coronary -- or
3   you've already had a heart attack and you continue to
4   smoke, does that increase your odds of having a future
5   heart attack?
6   **A   Yes.**
7   Q   Okay.  And also, would that put
8   additional -- smoking put additional stress on the
9   heart?
10  **A   Yes.**
11  Q   Okay.  And if there was damage to the lungs
12  from smoking, that would also put pressure or put a
13  stress on the heart, correct?
14  **A   Yes.**
15      MR. VINSON:  Object to the hypothetical.
16  Q   (By Mr. Fergus) What is the next visit you
17  have with Mr. Ryan?  I believe we're in 2012 now.
18  **A   I see January 27th of 2013.**
19  Q   Do you have one from March 13th of 2012?
20  **A   I see June -- we did that already.**
21  **September of '12?**
22  Q   March.
23  **A   Of what year?**
24  Q   2012.  Actually, this is with Dr. Lewen.

Page 35

1   **A   Okay.  I don't find it right now.**
2   Q   Okay.  Let's move on then to 2013.  Or
3   actually, let's see what I got here.
4       You had a visit in 2012 with Mr. Kochera?
5   What was the date of that?
6   **A   I see September 10th of 2012.  June 7th of**
7   **2012.**
8   Q   Okay.  Hold on one second.  Do you know --
9   did you send Mr. Kochera for a chest x-ray in
10  September of 2012?
11  **A   Yes.**
12  Q   Okay.  And what was the reason for that
13  chest x-ray?
14  **A   He was in the office on September 10th for a**
15  **checkup.  And when I listened to his lungs, I thought**
16  **they sounded -- there were focal bronchi at the right**
17  **base is what I heard.**
18  Q   So the right lung, can you describe what
19  bronchi are?
20  **A   It's a inspiratory breath sound.  Like a**
21  **sign of pneumonia would be there.  Something present**
22  **in the lungs that shouldn't be there would cause**
23  **bronchi.**
24  Q   Would a viral or bacterial infection

Page 36

1   cause --
2   **A   It could, yeah.**
3   Q   And then you, you had a chest x-ray done of
4   Mr. Kochera, correct?
5   **A   Yes.**
6   Q   And that was by Dr. Donald Grunz?
7   **A   Yes.**
8   Q   Do you know Dr. Grunz?
9   **A   Not personally.**
10  Q   Have you referred patients --
11  **A   -- my x-rays all the time.**
12  Q   Okay.  Do you trust Dr. Grunz?
13  **A   Yes.**
14  Q   And do you ever dispute any of his findings
15  in his report?
16  **A   No.**
17  Q   And he reviewed the film, and can you tell
18  us what his findings are with regard to this film?
19  **A   "Failure to demonstrate pleural pulmonary or**
20  **mediastinal abnormality."**
21  Q   Can you put that in layman's terms for us?
22  **A   Lungs were clear.**
23  Q   Okay.  And what was his overall impression
24  of Mr. Kochera's -- the structures of Mr. Kochera's

EXAMINATION BY MR. FERGUS

Page 37

1  lungs?
2  **A   Normal.**
3  Q   Then let's move along to 2013.  What's the
4  next visit you have with Mr. Kochera?
5  **A   He was --**
6  Q   I'm looking at March 2013.
7  **A   Okay.  I see February and May.  I see**
8  **March 19th.**
9  Q   March 19th.  Okay.  What was the reason that
10 you saw Mr. Kochera on the 19th?
11 **A   He had fallen prior to the visit.**
12 Q   Okay.
13 **A   And he was in for, "Why does my chest wall**
14 **still hurt?"**
15 Q   And did you have an x-ray done of
16 Mr. Kochera?
17 **A   It had already been done I think.**
18 Q   What was the date of that x-ray?
19 **A   Let me go back.  There is an x-ray from**
20 **January 27th of 2013.**
21 Q   And --
22 **A   It was done at the Urgent Care.  That's**
23 **where he went after the fall.**
24 Q   And it's 1/27/13 is the date of that x-ray?

Page 38

1  **A   Correct.**
2  Q   And what did they report with regard to
3  that, that -- actually, who read the x-ray?
4  **A   It was read by Dr. Igou.**
5  Q   Do you know Dr. Igou?
6  **A   I actually know her.  I haven't seen her in**
7  **20 years, but I know her.**
8  Q   Okay.  Have you referred patients to her in
9  the past?
10 **A   Yes.**
11 Q   Do you dispute any of her findings?
12 **A   No.**
13 Q   And what were her findings after reviewing
14 the x-ray?
15 **A   Lungs are clear and the cardiac and**
16 **mediastinal shapes are normal.  The ribs are not**
17 **broken.**
18 Q   And did you refer Mr. Kochera to a
19 Dr. Vuskovich in Tampa, Florida?
20 **A   No.**
21 Q   Do you know of any other doctor who referred
22 Mr. Kochera to a Dr. Vuskovich in Tampa, Florida?
23 **A   No.**
24 Q   Prior to -- had you ever heard of

Page 39

1  Dr. Vuskovich prior to 2013?
2  **A   No.**
3  Q   If there was a request for records, would
4  that be in your file?
5  **A   It should be.**
6  Q   Okay.  Is there any way to check to see if
7  Dr. Vuskovich ever requested, or anyone else ever
8  requested, Mr. Kochera's medical records?
9  **A   The office manager could probably do that a**
10 **lot faster than I could do it.**
11 Q   Okay.  But as you sit here, are you aware of
12 anyone, anyone other than --
13 **A   I'm, I'm not aware that those, that**
14 **happened.  If it happened.**
15 Q   Okay.  And let's progress then with 2013.
16 2013, Mr. Kochera has a fall.  He goes to the ER,
17 correct?
18 **A   Yes.**
19 Q   What is the next follow-up that you have
20 with him following that?
21 **A   The fall was in January; he came into my**
22 **office in March.**
23 Q   Do you know -- you indicated you didn't know
24 Dr. Vuskovich.  Do you know -- did Mr. Kochera

Page 40

1  indicate to you that he had seen a Dr. Vuskovich or
2  had an appointment to see Dr. Vuskovich?
3  **A   I -- is it in here somewhere that I did?**
4  **No.**
5  Q   I don't find anything --
6  **A   -- he has never mentioned that he was going**
7  **to see a person by a name, you know, but he said that**
8  **he was going to pursue getting compensation because of**
9  **his history of asbestos exposure.  He has told me**
10 **that.  I don't think I ever wrote it down here**
11 **anywhere.**
12 Q   Well, looking at the notes from March 19th,
13 2013, do you have your visit notes from that date?
14 **A   Yes.**
15 Q   Okay.  And what is his social history with
16 regard to smoking?
17    MR. VINSON:  Objection, asked and answered.
18 Q   (By Mr. Fergus) On the 13th?
19 **A   He was smoking one pack per day.**
20 Q   In March of 2013?
21 **A   Correct.**
22 Q   Okay.  Did you send him for a pulmonary
23 function test in March of 2013?
24 **A   I think I referred him to a pulmonologist.**

10 (Pages 37 to 40)

EXAMINATION BY MR. FERGUS

Page 41

1  Q  Okay. What pulmonologist did you refer him
2  to?
3  A  He ended up -- he likes Barnes St. Peters
4  Hospital. He ended up seeing -- and I don't know
5  if -- there's a note that he ended up seeing a
6  Dr. Mark Wald.
7  Q  What is the date of his visit with Dr. Wald?
8  A  I don't think I have records from that
9  visit.
10  Q  Did you see any pulmonary function tests
11  from anyone else other than Dr. Wald?
12  A  I think he sent the pulmonary function test
13  to the office, but he didn't send records to -- he
14  didn't send records about seeing Mr. Kochera in the
15  office.
16  Q  Did you ever see the, the results from the
17  pulmonary function test from March of 2013?
18  A  Yes.
19  Q  Okay. And at that time, what, if any,
20  smoking history did Mr. Kochera report according to
21  the records?
22  A  I don't see them -- all I have is the PFT
23  report. I didn't get office notes.
24  Q  And that's 3/22.

Page 42

1  A  Okay. I see it now. It's -- he admitted to
2  being a smoker of cigarettes.
3  Q  Okay. Did he indicate how long he had
4  smoked for?
5  A  Thirty-seven pack years is what they.
6  Q  Okay. And what were Dr. Wald's findings?
7  A  On the pulmonary function test?
8  Q  Yes.
9  A  The impression is that there is -- he has an
10  obstructive defect, and that the lung capacity and
11  volumes were normal. And there was a severe diffusion
12  defect which normalized when corrected for alveolar
13  volume.
14  Q  Okay. What are emphysematous changes?
15  A  Those are just overexpanded lungs. Just too
16  much air.
17  Q  What's emphysema?
18  A  It's a, I guess, kind of an older name for
19  chronic obstructive pulmonary disease. It's just
20  scarring in the lungs, so you get less lung tissue and
21  the tissue in the lungs becomes stiff and less
22  elastic.
23  Q  Okay. And that's caused by cigarette smoke?
24  A  That's the most common cause, yes.

Page 43

1  Q  Doctor, let me ask you a couple other
2  questions. In March -- or I'm sorry, in May, May 5th
3  of 2013, did you see Mr. Kochera for an earache?
4     MR. MUNDWILLER: Objection, relevance.
5  A  Yes. Actually, I didn't. He went to Urgent
6  Care. Sorry.
7  Q  (By Mr. Fergus) Do you have the report from
8  Urgent Care?
9  A  Yes.
10  Q  Okay. And what, what were the symptoms that
11  he was exhibiting at that time?
12  A  Cough and right ear pain. He had had the
13  cough for two weeks, no fever.
14  Q  And what treatments did they prescribe?
15  A  He got Robitussin with codeine and an
16  antibiotic.
17  Q  What is the antibiotic for?
18  A  The ear infection.
19  Q  What was the ear infection determined to be?
20  A  No determination -- it was determined to be
21  infected, yes, because he had ear pain.
22  Q  What is otis(phonetic) media?
23  A  Otitis media is an infection of the middle
24  ear.

Page 44

1  Q  And will that also cause mucus in the --
2  A  It's frequently associated with sinus
3  infections, yes.
4  Q  And will sinus drainage also cause fluids to
5  accumulate in the lungs, especially if there's sinus
6  drip?
7     MR. MUNDWILLER: Objection, compound.
8  A  I couldn't say it usually does, no.
9  Q  (By Mr. Fergus) But at the time in March --
10  or I'm sorry, in May of 2013 -- let me back up here.
11     In May of 2013, Mr. Kochera had an active
12  infection, correct?
13  A  Correct.
14  Q  And also, there was a chest x-ray taken on
15  May 5th, 2013, correct?
16  A  Yes.
17  Q  Who took that x-ray?
18  A  That was done at the Urgent Care. Yes.
19  Q  And who took that x-ray?
20  A  It was ordered by Dr. Hoehne. He's one of
21  the Urgent Care physicians. It was read by Dr. Igou.
22  Q  Okay. And what were Dr. Igou's finding with
23  regard to the x-ray on May 5th, 2013?
24  A  No active pulmonary disease.

11 (Pages 41 to 44)