**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANDREW V. KOCHERA, JR.,                    ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| vs.                                        ) | |
| )   Cause No.: 3:14-cv-0029-SMY-SCW |
| ATLAS COPCO COMPRESSORS, L.L.C., et        ) | |
| al.,                                       ) | |
| ) | |
| Defendants.              ) | |

---

## <u>MOTION TO CONTINUE TRIAL</u>

Defendants CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse"), Crane Co., General Electric Company, Imo Industries, Inc., Ingersoll-Rand Company, John Crane Inc., and Warren Pumps, LLC move the Court to continue the Final Pretrial Conference and Jury Trial at least 90 to 120 days. In support, Defendants state as follows:

1.      Following the parties' Scheduling and Discovery Hearing, close of discovery was originally set for January 30, 2015, dispositive motions were due by February 16, 2015, and trial was set for May 11, 2015. *See* Doc. 81.

2.      On September 8, 2014, the Final Pretrial Conference was set for May 20, 2015, and Jury Trial was reset for June 8, 2015. *See* Doc. 169.

3.      There are approximately 11 defendants remaining in this case.

4.      On January 30, 2015, the day of the close of discovery, Plaintiff served Defendants with a supplemental Rule 26 report from his medical expert, Dr. Matthew Vuskovich. Dr. Vuskovich had previously been deposed in October 2014. Dr. Vuskovich's

supplemental Rule 26 report included new substantive opinions from his original Rule 26 report, and also indicated that Dr. Vuskovich had reviewed and relied on a number of additional materials since his October 2014 deposition. Defendants objected to Plaintiff's late disclosure, and a discovery-dispute conference was held on February 19, 2015. After a hearing, the Court struck Dr. Vuskovich's supplemental expert report in its entirety because it contained new substantive opinions and Defendants were prejudiced. *See* Memorandum and Order, February 23, 2015, Doc. 194.

5.      Defendants in this case filed a number of motions for summary judgment by the new deadline set by the Court, and there are currently eight motions for summary judgment pending. *See* Docs. 205, 207, 208, 209, 214, 217, 218, and 220.  Plaintiff's deadline to file his responses to the motions is not until about May 7, 2015. Defendants' deadline to file reply briefs, if appropriate, would not be until May 25, 2015.

6.      Defendants have also filed *Daubert* motions. *See* Docs. 210, 211, and 215.

7.      In light of all of the above facts, Defendants move for continuation of the Final Pretrial Conference and Jury Trial dates for at least 90 to 120 days.

8.      Under the Court's Local Rules, motions for summary judgment must be filed no later than 100 days before the first day of the presumptive trial months. *See* SDIL-LR 7.1(f). However, because of Plaintiff's late supplemental expert disclosures and the discovery disputes that arose, the Court reset the dispositive-motion deadline to April 3, 2015, less than the 100 days before trial. Based on the April 3 date for dispositive motions, a trial date 100 days later would be about July 13, 2015.

9.      Further, the summary-judgment and *Daubert* motions are not ripe. Plaintiff's responses to the eight summary-judgment motions are not due until May 7, 2015, and complete

briefing of the dispositive motions may not be complete until May 25, 2015, which is five days *after* the Final Pretrial Conference on May 20, and only 18 days before trial on June 8. As outlined above, there are still 11 defendants remaining in this matter. Movement of the pretrial and trial dates would provide this Court an opportunity to review, analyze, and rule on the various motions for summary-judgment and *Daubert* motions well in advance of the pretrial and trial dates. Movement of the pretrial and trial dates would also minimize and/or eliminate the prejudice to those parties whose summary judgment and/or *Daubert* motions may be well taken.

10.     Defendants have not moved to continue the trial previously in this matter.

WHEREFORE, Defendants Westinghouse, Crane Co., General Electric Company, Imo Industries, Inc., Ingersoll-Rand Company, John Crane Inc., and Warren Pumps, LLC move the Court to continue the Final Pretrial Conference and Trial at least 90 to 120 days, and for any other relief that the Court deems just and proper under all of the circumstances.

Respectfully submitted this 24th day of April, 2015.

FOLEY & MANSFIELD, P.L.L.P.

 */s/ Michael R. Dauphin*
Daniel G. Donahue          #6193558
Michael R. Dauphin         #6314608
mdauphin@foleymansfield.com
1001 Highlands Plaza Drive West, Ste. 400
St. Louis, MO 63110
Phone: 314-925-5700
Fax: 314-925-5701

ATTORNEYS FOR DEFENDANT CBS
CORPORATION

HEPLERBROOM LLC

_/s/ Ben J. Wilson_
BEN J. WILSON        # 63329
CARL J. GERACI       #6257069
130 N. Main St.
Edwardsville, IL 62025
Phone: (618) 656-0184
Fax: (618) 656-1364
hbasb@heplerbroom.com

ATTORNEYS FOR DEFENDANTS CRANE CO.
AND INGERSOLL-RAND COMPANY


O'CONNELL, TIVIN, MILLER & BURNS LLC

_/s/ Sean P. Fergus_
Sean P. Fergus
Counsel for John Crane Inc.
Sean P. Fergus
Daniel J. O'Connell
O'Connell, Tivin, Miller & Burns LLC
135 S. LaSalle St. Ste. 2300
Chicago, Illinois 60603
(312)256-8800
(312)256-8808 Fax
sean@otmblaw.com

ATTORNEYS FOR JOHN CRANE INC.

ARMSTRONG TEASDALE LLP


_/s/ Raymond R. Fournie_

| Raymond R. Fournie | #3126094 |
|---|---|
| Anita M. Kidd | #6229585 |
| Melanie R. King | #6192411 |
| Julie Fix Meyer | #6189064 |

7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
rfournie@armstrongteasdale.com
akidd@armstrongteasdale.com
mking@armstrongteasdale.com
jfixmeyer@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT GENERAL
ELECTRIC COMPANY


HEYL, ROYSTER, VOELKER & ALLEN


_/s/ Keith B. Hill_

Keith B. Hill, #6277660
Suite 100, Mark Twain Plaza III
105 West Vandalia
P.O. Box 467
Edwardsville, Illinois 62025 0467
Telephone  618.656.4646
Facsimile  618.656.7940
edwecf@heylroyster.com

ATTORNEYS FOR DEFENDANTS IMO
INDUSTRIES, INC. AND WARREN PUMPS,
LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system.  The forgoing documents was served upon all counsel of record via the CM/ECF system on this 24th day of April, 2015.


_/s/ Michael R. Dauphin_