IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW V. KOCHERA, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 14-CV-00029-SMY-SCW |
| | ) |
| FOSTER WHEELER, LLC, *et al.*, | ) |
| | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT INGERSOLL RAND COMPANY'S MOTION IN LIMINE TO EXCLUDE REFERNCE, TESTIMONY OR EVIDENCE THAT ANY FRIEND, RELATIVE, CO-WORKER, OR OTHER PERSON WAS INJURED AS A RESULT OF EXPOSURE TO ASBESTOS**

Defendant Ingersoll Rand Company, by and through its undersigned counsel, hereby files this Motion in Limine to exclude any reference, testimony, or evidence that any friend, relative, co-worker, or other person who had been exposed to asbestos suffered any injury as a result of said exposure or died from an illness related to said exposure, and, in support thereof, states the following:

1. Ingersoll Rand Company expects that, at trial, Plaintiff may attempt to make reference to, elicit testimony about, or introduce evidence that any friend, relative, co-worker, or other person has been exposed to asbestos, suffered injury as a result of the exposure, or died from an illness related to the exposure.

2. The power to rule on motions in limine has developed pursuant to the Court's role in managing trials. *Luce v. United States*, 469 U.S. 38, 41 n.4 (1984).

3. Motions in limine perform "a gatekeeping function and permit[] the trial judge to eliminate from further consideration evidentiary submissions that clearly ought not be presented to

the jury because they clearly would be inadmissible for any purpose." *Jonasson v. Lutheran Child & Family Servs.*, 115 F. 3d 436, 440 (7th Cir. Ill. 1997).

4. If proposed evidence regarding any friend's, relative's, co-worker's, or other person's injury or death relating to asbestos exposure is placed before the jury, it will cause the jury to make a decision in this matter without properly considering issues of causation.

5. Plaintiff has not disclosed or identified any co-worker or other individual alleged to have similar body chemistry, predisposition to asbestos diseases, and/or exposure similar to that which he alleges.

6. Therefore, to make reference to any friend's, relative's, co-worker's, or other person's injury or death relating to asbestos exposure would suggest to the jury that Plaintiff's exposure mirrors that of other sick individuals. This is not the case, as his body chemistry is different and the circumstances of his alleged exposure would be different. *See Lindstrom v. A–C Prod. Liab. Trust*, 424 F.3d 488, 492 (6th Cir. 2005).

7. As such, any reference to the condition or injury of another individual would not make any fact of Plaintiff's own exposure more or less probable and so would not be relevant. Fed. R. Evid. 401.

8. This suggestion could confuse the jury on the issues of causation, and any probative value that the other person's injury might have is substantially outweighed by the danger of such confusion. Fed. R. Evid. 403.

WHEREFORE, Defendant Ingersoll Rand Company, respectfully requests that this Court enter an Order precluding any reference, testimony, or evidence that any friend, relative, co-worker, or other person who had been exposed to asbestos suffered any injury as a result of said exposure or died from an illness related to said exposure.

Respectfully submitted,

HEPLERBROOM LLC
By: /s/ Benjamin J. Wilson_____
BENJAMIN J. WILSON     # 63329
CARL J. GERACI      #6257069
130 N. Main St.
Edwardsville, IL 62025
Phone: (618) 656-0184
Fax: (618) 656-1364
hbasb@heplerbroom.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW V. KOCHERA, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 14-CV-00029-SMY-SCW |
| FOSTER WHEELER, LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on September 9, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

Respectfully submitted,

HEPLERBROOM LLC

By: /s/ Benjamin J. Wilson_____
BENJAMIN J. WILSON       # 63329
CARL J. GERACI      #6257069
130 N. Main St.
Edwardsville, IL 62025
Phone: (618) 656-0184
Fax: (618) 656-1364
hbasb@heplerbroom.com
Attorneys for Defendant