# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:** October 19, 2015     **DAY:** 1     **CASE NO.** 14-cv-29-SMY-SCW

**PRESIDING:** HON. STACI M. YANDLE

|  |  |
|---|---|
| ANDREW V. KOCHERA, JR., | **COURT REPORTERS:** Stephanie Rennegarbe, Chris Dohack |
| Plaintiff, | **COURTROOM DEPUTY:** Kailyn Kramer |
|  | **CONVENED:** 9:30 AM |
| vs. | **ADJOURNED:** 4:15 PM |
| JOHN CRANE, INC., | **CIVIL:** X |
| Defendant. | **RECESS:** 12:45 PM – 2:00 PM |

**Counsel for Plaintiff:** Benjamin Vinson, Clay Zelbst

**Counsel for Defendant:** Sean Fergus, Daniel Griffin, Simon Purnell

**PRELIMINARY MOTIONS:**
The Court discusses the Plaintiff's Amended Witness List specifically regarding the potential witness George Springs. The Defendant objects to Plaintiff calling George Springs. The Court overrules and denies the objection.

Defendant's Motion to Bar introduction of evidence through Plaintiff's Exhibit 129 filed at Document [392] – Taken Under Advisement

Cause called for Jury Trial; Voir Dire held; Parties and Counsel present;
20 jurors called; 12 jurors challenged

Opening statement by Ben Vinson on behalf of Plaintff.
Opening statement by Daniel Griffin on behalf of Defendant.

**PLAINTIFF'S WITNESSES:**
(1) Doris Kochera     time 3:30 PM – 4:00 PM

Jury Trial set to resume on October 20, 2015 at 10:00 AM in Benton Courthouse before Judge Staci M. Yandle.