# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:** October 20, 2015        **DAY:** 2        **CASE NO.** 14-cv-29-SMY-SCW

**PRESIDING:**   HON. STACI M. YANDLE

**COURT REPORTERS:**   Chris Dohack
                                         Stephanie Rennegarbe

ANDREW V. KOCHERA, JR.,

**Plaintiff,**        **COURTROOM DEPUTY:** Kailyn Kramer

**CONVENED:** 9:30 AM

vs.        **ADJOURNED:** 4:30 PM

JOHN CRANE, INC.,        **CIVIL:** X

**Defendant.**        **RECESS:** 12:00 PM – 12:45 PM

**Counsel for Plaintiff:** Benjamin Vinson, Clay Zelbst

**Counsel for Defendant:** Sean Fergus, Dan Griffin, Simon Purnell

**PRELIMINARY MOTIONS:**

**Defendant's Motion to Bar introduction of evidence through Plaintiff's Exhibit 129 filed at Document [392] – Remains Under Advisement subject to an Offer of Proof**

**The Court rules on deposition designations as to witnesses Ferrell Crowder, Lawrence Krieg, Douglas McWhirter and Dr. Geraldine Ryan**

**PLAINTIFF'S WITNESSES:**
(1) Andrew V. Kochera        time 10:20 AM – 12:00 PM and 1:40 PM – 2:00 PM
(2) Dr. David Rosner            time 2:00 PM – 3:50 PM
(3) Jerome Spear                 time 3:50 PM – 4:20 PM

**Jury Trial set to resume on October 21, 2015 at 9:00 AM in Benton Courthouse before Judge Staci M. Yandle.**