# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:** October 21, 2015        **DAY:** 3        **CASE NO.** 14-cv-29-SMY-SCW

**PRESIDING:** HON. STACI M. YANDLE

| | |
|---|---|
| ANDREW V. KOCHERA, JR., | **COURT REPORTER:** Chris Dohack / Stephanie Rennegarbe |
| Plaintiff, | **COURTROOM DEPUTY:** Kailyn Kramer |
| | **CONVENED:** 8:15 AM |
| vs. | **ADJOURNED:** 4:30 PM |
| JOHN CRANE, INC., | **CIVIL:** X |
| Defendant. | **RECESS:** 11:30 AM – 12:30 PM |

**Counsel for Plaintiff:** Benjamin Vinson, Clay Zelbst

**Counsel for Defendant:** Sean Fergus, Dan Griffin, Simon Purnell

The Court rules on deposition designations of Dr. Matthew Vuskovich

**PLAINTIFF'S WITNESSES:**
(1) Jerome Spear                                        time 9:10 AM – 11:05 AM
(2) Dr. Matthew Vuskovich by Deposition      time 11:05 AM – 11:30 AM and 1:10 PM – 4:10 PM

Jury Trial set to resume on October 22, 2015 at 10:00 AM in Benton Courthouse before Judge Staci M. Yandle.