# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:** October 26, 2015     **DAY:** 5     **CASE NO.** 14-cv-29-SMY-SCW

**PRESIDING:** HON. STACI M. YANDLE

| | |
|---|---|
| ANDREW V. KOCHERA, JR., | COURT REPORTER: Chris Dohack |
| Plaintiff, | COURTROOM DEPUTY: Kailyn Kramer |
| | CONVENED: 9:00 AM |
| vs. | ADJOURNED: 2:45 PM |
| JOHN CRANE, INC., | CIVIL: X |
| Defendant. | RECESS: 12:00 PM – 1:00 PM |

**Counsel for Plaintiff:** Benjamin Vinson, Clay Zelbst

**Counsel for Defendant:** Sean Fergus, Dan Griffin, Simon Purnell

**PLAINTIFF'S WITNESSES:**
(1) Ferrell Crowder by deposition        time 9:10 AM – 10:20 AM
(2) Dr. Geraldine Ryan by deposition     time 10:20 AM – 11:30 AM
(3) Lawrence Krieg by deposition         time 11:30AM – 1:25 PM
(4) Robert Walter                        time 1:25 PM – 1:35 PM

**Plaintiff rests:** 1:35 PM

**Motion for Judgment as a Matter of Law - DENIED**

**Jury Trial set to resume on Wednesday, October 28, 2015 at 9:00 AM** in Benton Courthouse before Judge Staci M. Yandle.

**Counsel should be present on Tuesday, October27, 2015 at 10:00 AM** in Benton Courthouse to informally work on Jury Instructions.