# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** October 28, 2015  **DAY:** 6  **CASE NO.** 14-cv-29-SMY-SCW

**PRESIDING:** HON. STACI M. YANDLE

| | |
|---|---|
| ANDREW V. KOCHERA, JR., | COURT REPORTER: Chris Dohack |
| Plaintiff, | COURTROOM DEPUTY: Kailyn Kramer |
| | CONVENED: 9:00 AM |
| vs. | ADJOURNED: 5:30 PM |
| JOHN CRANE, INC., | CIVIL: X |
| Defendant. | RECESS: 12:00 PM – 1:00 PM |
| | 3:15 PM – 4:00 PM |

**Counsel for Plaintiff:** Benjamin Vinson, Clay Zelbst

**Counsel for Defendant:** Sean Fergus, Dan Griffin, Simon Purnell

**DEFENDANT'S WITNESSES:**
(1) Amy K. Madl                           time 9:00 AM – 12:00PM
(2) Captain Margaret A. McCloskey    time 1:15 PM – 3:15 PM

**Defendant rests:** 3:15 PM

**Renewed Motion for Judgment as a Matter of Law - DENIED**

**CONFERENCE FOR JURY INSTRUCTIONS CONTINUED:** 4:00 PM – 5:30 PM

**Jury Trial set to resume on October 29, 2015 at 9:00 AM** in Benton Courthouse before Judge Staci M. Yandle. Counsel should be present to be on the record to finalize Jury Instructions at 8:00 AM.